**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: December 27, 2022
Docket #: 22-3013pr
Short Title: Freistat v. NYPD

DC Docket #: 17-cv-5870
DC Court: EDNY (BROOKLYN)
DC Judge: Bloom
DC Judge: Kovner

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8626.