**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mitchell A. Karlan
Direct: 212.351.3827
Fax: 212.351.5254
MKarlan@gibsondunn.com

January 10, 2023

VIA CM/ECF

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Joel Burnett v. Daniel Gasperetti, et al.*, No. 22-3013

Dear Ms. Wolfe:

I represent Plaintiff-Appellant Joel Burnett. Pursuant to this Court's Local Rule 31.2(a)(1)(A), please accept this letter as Mr. Burnett's request that his brief be due on Wednesday, March 8, 2023, which is 91 days from the date of his filing of the certificate that no transcript will be ordered (Dkt. No. 13).

Thank you for your consideration.

Respectfully,

  */s/ Mitchell A. Karlan*
Mitchell A. Karlan

cc: All counsel of record (via CM/ECF)