**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand and twenty-three,

_____

| | |
|---|---|
| Joel Burnett, AKA Kyle Freistat, | **ORDER** |
| | Docket No: 22-3013 |
| Plaintiff - Appellant, | |

v.

New York City Police Department, for Molesting Me, New York City Department of Corrections, for incarcerating me, United States Department of Justice, Detective Daniel Gasperetti, Shield # 13198, Police Officer Anthony Arlistico, Shield # 26941,

Defendants - Appellees.

_____

Counsel for APPELLANT Joel Burnett has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 08, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before March 08, 2023. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court