UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

Joel Burnett,
      *Plaintiff-Appellant*

    v.

Daniel Gasperetti, et al.,                    **STIPULATION OF DISMISSAL**
      *Defendants-Appellees*              Docket Number: 22-3013

      The undersigned counsel for the parties stipulate that they have resolved their outstanding disputes, and the above-captioned case is withdrawn with prejudice, and without costs or attorneys' fees pursuant to Federal Rule of Appellate Procedure 42(b)(1). Defendants-Appellees will withdraw the Bill of Costs submitted in *Burnett v. Gasperetti, et al.*, No. 1:17-cv-05870-RPK-LB (E.D.N.Y.) (Dkt. No. 192).

Date: 3/8/23                                                   /s/ *Mitchell A. Karlan*
                                                                Mitchell A. Karlan
                                                                Gibson, Dunn & Crutcher LLP
                                                                200 Park Avenue
                                                                New York, New York 10166
                                                                Phone: (212) 351-3827
                                                                Fax: (212) 351-5254
                                                                *Attorney for Appellant*

                                                                /s/ *Jamison Davies*
                                                               Hon. Sylvia O. Hinds-Radix
                                                              *Corporation Counsel*
                                                              *of the City of New York*
                                                              By: Jamison Davies
                                                              100 Church Street
                                                              New York, NY 10007
                                                              Phone: (212) 356-2490
                                                              *Attorney for Appellees*