# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mitchell A. Karlan
Direct: 212.351.3827
Fax: 212.351.5254
MKarlan@gibsondunn.com

March 15, 2023

VIA CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:   *Joel Burnett v. Daniel Gasperetti, et al.*, 22-3013

Dear Ms. O'Hagan Wolfe:

In response to outreach from the Court on March 10, 2023, and following consultation with Court staff on March 14, 2023, I write to clarify the scope of Mr. Burnett's appeal.

In his Notice of Appeal dated November 23, 2022 (Dkt. No. 191), Mr. Burnett appealed the following:

1) The Memorandum and Order on Oct. 25, 2017, ordering Defendants' counsel to identify the officers involved in the incident at issue (Dkt. No. 7);
2) The Docket Order on Sept. 21, 2022, denying Mr. Burnett's motion to amend the complaint (Dkt. No. 144); and
3) The Judgment entered by the District Court for the Eastern District of New York on Oct. 24, 2022 (Dkt. No. 190).

The only portion of the Oct. 25, 2017, Memorandum and Order that Mr. Burnett is appealing is the portion pertaining to the identification of the officers involved. He does not appeal the portion of that Memorandum and Order dismissing his claims against New York City Police Department, the New York City Department of Correction, and the Department of Justice.

Respectfully,

   */s/ Mitchell A. Karlan*
Mitchell A. Karlan

cc: All counsel of record (via CM/ECF)