UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of March, two thousand twenty-three.

Joel Burnett, AKA Kyle Freistat,

    Plaintiff - Appellant,

v.

Detective Daniel Gasperetti, Shield # 13198, Police Officer Anthony Arlistico, Shield # 26941,

    Defendants - Appellees,

New York City Police Department, for Molesting Me, New York City Department of Corrections, for incarcerating me, United States Department of Justice,

    Defendants.

**ORDER**
Docket No. 22-3013

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/17/2023